### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION, ) ) ) Plaintiff, ) ) vs. ) ) BELLE VITA, INC. d/b/a JR'S ) SMOKEHOUSE; DAVID BOYD ) MONG; WALTER JOSEPH ) WILKINSON, JR. ) ) Defendants. ) | Case No: 08-524 |

## COMPLAINT

1. Plaintiff is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of New Jersey.

2. Defendant David Boyd Mong (hereinafter "Mong") is an individual who, upon information and belief, is over the age of majority and is a resident of Mobile County, Alabama.

3. Defendant Walter Joseph Wilkinson, Jr. (hereinafter "Wilkinson") is an individual who, upon information and belief, is over the age of majority and is a resident of Mobile County, Alabama.

4. Defendant Belle Vita, Inc. d/b/a JR's Smokehouse ("Belle Vita") is upon information and belief, an Alabama corporation and has conducted and continues to conduct business in Mobile County, Alabama.

5. The matter in controversy exceeds $75,000.00, exclusive of interest and costs. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

6. On or about May 30, 2003, Defendants Belle Vita, Mong and Wilkinson executed and delivered a Loan Agreement and Promissory Note for Four Hundred Eight-Eight Thousand and no/100 ($488,000.00) to Plaintiff (the "Note"). On or about May 30, 2003, Defendant Bella Vita also executed and delivered a Security Agreement to Plaintiff as collateral for the Note.

7. On or about May 28, 2003, Plaintiff recorded a UCC Financing Statement securing the indebtedness of $488,000.00 ("UCC-1"). The UCC-1 was subsequently amended on July 1, 2003 for the purposes of restating the description of the collateral.

8. On or about May 30, 2003, Defendant Belle Vita executed and delivered an Assignment of Lease (Lessee's Interest) with Lessor's Consent and Waiver as "additional security for the Loan."

9. Plaintiff is the legal and rightful holder of the aforementioned Note, Security Agreement, and Financing Statements.

10. Defendants have defaulted under the terms of the Note and Security Agreement.

11. As of June 2, 2008, Defendants owe Plaintiff, jointly and severally, the sum of Three Hundred Fifty-Eight Thousand Seven Hundred Seventy-Four and 20/100 ($358,774.20), plus attorneys' fees, accrued interest, and costs, under the terms of the aforesaid Note.

WHEREFORE, Plaintiff prays this Court to enter a judgment in favor of Plaintiff and against Defendants, jointly and severally, for the sum of $358,774.20, plus attorneys' fees, accrued interest and costs under the terms of the Note. Plaintiff also requests such other, further and different relief to which it may be entitled.

        */s/ J. Brannon Maner*
BRUCE L. GORDON (ASB-1897-R70B)
J. BRANNON MANER (ASB-4616-S71M)
Attorneys for Plaintiff

**OF COUNSEL:**
GORDON, DANA, STILL, KNIGHT & GILMORE, LLC
600 University Park Place
Suite 100
Birmingham, Alabama 35209
Telephone: (205) 874-7950
Facsimile: (205) 874-7960
bgordon@gattorney.com
bmaner@gattorney.com

**DEFENDANTS TO BE SERVED BY CERTIFIED MAIL – RRR AS FOLLOWS:**

Belle Vita, Inc. d/b/a JR's Smokehouse
c/o David Boyd Mong
3843 Airport Boulevard
Mobile, Alabama 36608

David Boyd Mong
3843 Airport Boulevard
Mobile, Alabama 36608

Walter Joseph Wilkinson, Jr.
5700 Grelot Road, Apt. P127
Mobile, Alabama 36608

3